**The People of the State of Illinois, Plaintiff-Appellee, v. Delano Bell, Defendant-Appellant.**

Gen. No. 69–56.

Fifth District.
October 27, 1969.

Michael B. Constance, of Belleville, for appellant; Robert H. Rice, State's Attorney, of Belleville (William R. Poston, Assistant State's Attorney, of counsel), for appellee. Opinion by PRESIDING JUSTICE GOLDENHERSH. **Not to be published in full.**